IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KAY P. BROWN, CHRISTINE A. JETHROW,
MAE O. LITTLE, AND KIMILIE BREWER,
INDIVIDUALLY                                                                                      PLAINTIFFS

VS.                                                              CIVIL ACTION NO. 1:07CV008-SA

SANDERS OIL COMPANY                                                                         DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon joint motion of the parties, the Court is advised that the claims of Kay Brown, Christine Jethrow and Kimilie Brewer in the above styled and numbered cause have been compromised and settled. The Court has reviewed the Joint Motion for Approval of Settlement and pursuant thereto any and all claims of Plaintiffs in this action are hereby dismissed with prejudice with each party to bear their own costs.

So **ORDERED**, this the 22nd day of July, 2008.

/s/ Sharion Aycock_____
U.S. DISTRICT COURT JUDGE